# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA

DAVID WAYNE SCONCE,

    Plaintiff(s),

v.

JASON MARKS, et al.,

    Defendant(s).

Case No. 9:15-CV-00060-KJD

**ORDER**

Presently before the Court for consideration is the Report and Recommendation (#9) of Magistrate Judge Nancy J. Koppe entered on April 6, 2016 recommending that Plaintiff's case be dismissed without prejudice. No objection was filed.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#9) of the Magistrate Judge entered April 6, 2016, should be **ADOPTED** and **AFFIRMED**.

On March 10, 2015, the Magistrate found Plaintiff's application to proceed *in forma pauperis* to be incomplete and ordered Plaintiff to file a completed application or pay the filing fee by March 24, 2016 (#8). The Magistrate warned Plaintiff that "**[f]ailure to comply with this Order will result in a recommendation to the District Judge that this case be dismissed.**" Id. To date, Plaintiff has not filed a further application to proceed *in forma papueris* nor paid the filing fee. The Court has also not received a motion to extend that deadline.

The Court agrees with the Magistrate's recommendation that this case be dismissed without prejudice.

Accordingly, **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (#9) entered April 6, 2016, are **ADOPTED** and **AFFIRMED;**

IT IS FURTHER ORDERED that Plaintiff's case is **DISMISSED** without prejudice.

DATED this 29th day of September 2016

Kent J. Dawson
United States District Judge